UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK HARGRESS, | ) CASE NO. C05-1338-RSL-MAT |
| Petitioner, | ) |
| v. | ) ORDER GRANTING |
| | ) RESPONDENT'S MOTION FOR |
| UNITED STATES OF AMERICA, | ) EXTENSION OF TIME |
| Respondent. | ) |

Counsel for respondent has recently filed a motion for extension of time to file a return to petitioner's petition for habeas corpus pursuant to 28 U.S.C. § 2241. Counsel cites a delay in obtaining information from the Bureau of Prisons as the reason for the extension. (Doc. #12 at 3). This is the first extension sought by respondent. The court, having considered counsel's motion, and the balance of the record, does hereby find and ORDER:

(1)   Respondent's motion for an extension of time (Doc. #12) is GRANTED. Respondent shall file the return no later than **November 28, 2005.** Counsel is reminded that, on the face of the return, the United States shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE -1

01 not later than on the Monday immediately preceding the Friday designated for consideration of

02 the matter. Respondent may file and serve a reply brief not later than on the Friday designated for

03 consideration of the matter.

04     (2)    The Clerk shall direct a copy of this Order to petitioner, to counsel for respondent,

05 and to the Honorable Robert S. Lasnik.

06     DATED this  18th  day of  October , 2005.

07

08                           Mary Alice Theiler
                          United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME
PAGE -2