01

02

03

04

UNITED STATES DISTRICT COURT
05
WESTERN DISTRICT OF WASHINGTON
06
AT SEATTLE

07 DERRICK HARGRESS,                    )   CASE NO.      C05-1338-JCC
                                        )                 CR88-116-JCC
08         Petitioner,                  )
                                        )   ORDER DISMISSING ONE CLAIM
09     v.                               )   AND TRANSFERRING
                                        )   PETITIONER'S SUCCESSIVE §2255
10 UNITED STATES OF AMERICA,            )   MOTION TO THE NINTH CIRCUIT
                                        )   COURT OF APPEALS
11         Respondent.                  )
   ─────────────────────────────────── )

12

13         The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to

14 28 U.S.C. § 2241, respondent's answer, the Report and Recommendation of the Honorable Mary

15 Alice Theiler, United States Magistrate Judge, Petitioner Hargress's objections[1] thereto, and the

16 balance of the record, does hereby find and ORDER:

17         (1)     The Court adopts the Report and Recommendation.

18         (2)     Petitioner's claim regarding good time credits is DISMISSED for failure to exhaust

19    ───────────────────────

20         [1]Petitioner's objections conceded that the Report & Recommendation ("R&R") was
   correct to recommend dismissal of his claim regarding good time credits.  Furthermore, he
21 requested leave to proceed in the Ninth Circuit, in line with the R&R's recommendation that his
   first claim be transferred to the Ninth Circuit.  Finally, his objections also appear to contain
22 objections to Magistrate Judge Theiler's order denying his motion to appoint counsel.  These
   objections are not timely.

ORDER DISMISSING ONE CLAIM AND TRANSFERRING
PETITIONER'S SUCCESSIVE §2255 MOTION TO THE
NINTH CIRCUIT COURT OF APPEALS
PAGE -1

administrative remedies.

(3)     The remainder of petitioner's petition for a writ of habeas corpus (Doc. #5) is construed as a successive motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255.  This court therefore lacks jurisdiction to consider such a motion until the Ninth Circuit Court of Appeals has authorized its filing.  *See* 28 U.S.C. § 2244(b)(3)(A); Circuit Rule 22-3(a).  Accordingly, this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a).

Petitioner is advised that this transfer alone does not constitute compliance with § 2244(b)(3) and Circuit Rule 22-3;  he must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b).  Petitioner is referred to this statute and Circuit Rule 22-3 for further information.  Should petitioner be granted leave by the Ninth Circuit Court of Appeals to proceed on his successive petition, his filing date for the purposes of the one-year statute of limitations set forth in  § 2244(d) shall be the date of the initial filing in this court.

(4)     The Clerk is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals.  The Clerk shall, however, retain a copy of the motion and of this Order in the file.  The Clerk is further directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 8th day of March, 2006.

.

UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ONE CLAIM AND TRANSFERRING
PETITIONER'S SUCCESSIVE §2255 MOTION TO THE
NINTH CIRCUIT COURT OF APPEALS
PAGE -2